DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT KINZINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-540

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Robert Kinzinger, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.